

1  Warren D. Kelly, State Bar Number 168974
   Amador DesJardins Kelly, LLP
2  100 West Broadway, Suite 350
   Long Beach, California 90802
3  (562) 436-4100
   Facsimile: (562) 436-0033
4
5  Attorneys for plaintiff,
   Gilbert Ramos
6
7
8
9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
12 GILBERT RAMOS, JR., an individual,)  Case No. CV 06-5339 (AJWx)
13            Plaintiff,              )  [Los Angeles Superior Court South
                                      )  District Case No. NC 038562]
14       v.                           )
                                      )  STIPULATION OF DISMISSAL
15 THE BOEING COMPANY, INC., a        )
   corporation, RHONDA ROBINSON,      )  [FRCP 41(a)(1)]
16 an individual, and DOES 1 through  )
   100, inclusive,                    )
17                                    )
             Defendants.              )
18                                    )
19
20
21 TO THE COURT:
22      IT IS HEREBY STIPULATED by and between the plaintiff in the
23 captioned action, through his designated counsel of record, Amador DesJardins
24 Kelly, LLP, and the defendants in the captioned action, through their designated
25 ///
26 ///
27 ///

1

1 | counsel of record, Payne & Fears, LLP, that the above-captioned action be and
2 | hereby is dismissed **without prejudice** pursuant to Federal Rules of Civil
3 | Procedure, Section 41(a)(1).

4 | DATED: February 23, 2007　　　AMADOR DESJARDINS KELLY, LLP

6 | By: _____
　　　　Warren D. Kelly
7 | Attorneys for Plaintiff, Gilbert Ramos

8 | DATED: February 23, 2007　　　PAYNE & FEARS, LLP

10 | By: _____
　　　　Daniel F. Fears
11 | Attorneys for Defendants, The Boeing
12 | Company, Inc. and Rhonda Robinson

IT IS SO ORDERED

Dated __2-26-07__

_____
United States District Judge

2

# PROOF OF SERVICE

*Gilbert Ramos, Jr. v. The Boeing Company, Inc.*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On February 23, 2007, I served the following document(s) described as **STIPULATION OF DISMISSAL** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Warren D. Kelly, Esq.       Attorneys For
**AMADOR DESJARDINS KELLY, LLP**      Plaintiff Gilbert Ramos, Jr.
100 West Broadway, Suite 350
Long Beach, CA 90802
(562) 436-4100

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

[ ] **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2007, at Irvine, California.

*Connie Klinkhammer*
Connie Klinkhammer

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

PROOF OF SERVICE